**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF VIRGINIA**

**ALEXANDRIA DIVISION**

FILED
FRONT COUNTER
2025 MAR 31  AM 9: 47
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

In re: Valeria V. Gunkova, Debtor

Case No. 23-11261-BFK

Chapter 7

Valeria V. Gunkova,

Appellant, Pro Se

v.

Matthew W. Cheney,

Appellee,

Adversary Proceeding No. 24-01062-BFK

**APPELLANT'S EXHIBIT INDEX**

**In Support of Record on Appeal**

COMES NOW, the Defendant and Appellant Valeria V. Gunkova, pro se, and respectfully submits the following Exhibit Index in support of her Designation of Record on Appeal pursuant to Federal Rule of Bankruptcy Procedure 8009.

Case No. 23-11261-BFK Chapter 7 | Appellant's Exhibit Index |
Adv. Proc. No. 24-01062-BFK

The exhibits listed herein include:

A. The Judgment Order (entered March 27, 2025, Docket No. 81), which denies the Debtor a discharge under 11 U.S.C. § 727(a)(2)(B) and declares all pending discovery motions moot; and

B. The Court's Findings of Fact and Conclusions of Law (entered March 27, 2025, Docket No. 81), which set forth the factual and legal basis underlying the Judgment Order.

These documents are essential to the resolution of this appeal, as they reflect the Bankruptcy Court's final ruling and its rationale. They are also critical to understanding the alleged errors in judicial findings and procedural irregularities which Appellant contends materially impacted the outcome below. Accordingly, they form a necessary part of the Record on Appeal now before the District Court.

**EXHIBIT INDEX**

**In Support of the Record on Appeal**

| Exhibit | Title | Date |
|---|---|---|
| A | Judgment Order (Dkt. 81) | March 27, 2025 |

| B | Findings of Fact and Conclusions of Law (Dkt. 81) | March 27, 2025 |
|---|---|---|

**Respectfully submitted,**

Dated: March 31, 2025

s/ Valeria V. Gunkova

Valeria V. Gunkova

**Pro Se Appellant**

20701 Riptide Sq.

Sterling, VA 20165

Phone: 703-344-3189

Email: valeria@ariamedispa.com

Case 24-01062-BFK    Doc 92    Filed 03/31/25    Entered 03/31/25 14:49:01    Desc Main
Document    Page 4 of 4

Case No. 23-11261-BFK Chapter 7 | Appellant's Exhibit Index |
Adv. Proc. No. 24-01062-BFK

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, a true and correct copy of the foregoing Notice of Appeal, Statement of Issues, Designation of Record, and Brief of Appellant was served by. Email, upon the following:

Matthew W. Cheney

1725 Duke Street, Suite 650

Alexandria, VA 22314

Jack Frankel

Office of the United States Trustee

1725 Duke Street, Suite 650

Alexandria, VA 22314

/s/ **Valeria V. Gunkova**

Valeria V. Gunkova

**Pro Se Appellant**

20701 Riptide Sq.

Sterling, VA 20165

Phone: 703-344-3189

Email: valeria@ariamedispa.com